Case 4:22-cv-00534-O   Document 1   Filed 06/22/22   Page 1 of 7   PageID 1

PG 1 of 4

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 22 2022
CLERK, U.S. DISTRICT COURT
By _____ Deputy  8:17am

# PRISONER'S CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

4-22CV-534-O

VICTOR ALEXANDER FLORES
C.I.D # 0795497

CASE NO _____
(clerk will assign the number)

Plaintiff's Name and ID Number

Tarrant County Jail
100 N. Lamar st
Fort Worth Tx, 76196
Place of Confinement

V.

Melinda Lehmann
BAR# 24043957
401 W. Belknap st
Fort Worth Tx 76102
Defendant's Name and Address


Judge Scott Wich
C.D.C #372 nd
100 W. Weatherford st
Fort Worth Tx 76196
Defendant's Name and Address

## I.
### PREVIOUS LAWSUITS:

No previous Lawsuits have been filed in the State of TEXAS or any Federal Court relating to my imprisonment to the knowledge of the Plaintiff VICTOR ALEXANDER FLORES C.I.D # 0795497 TDCJ #2024738

## II.
### PLACE OF PRESENT CONFINEMENT:

Tarrant County Correctional Center
100 N. Lamar St
Fort Worth TX, 76196

## III.
### EXHAUSTION OF GRIEVANCE PROCEDURES:

Plaintiff Victor Alexander Flores, C.I.D. # 0795497 Was not able to complete grievance procedures before Mrs Melinda Lehmann BAR # 24043957 had removed herself Counsel to plaintiff on a separate matter due to the fact that Plaintiff Victor Alexander Flores's Cause had been overturned from 2018 but not before Plaintiff had already finished his prison sentence where he was represented by Mrs. Lehmann.

## IV.
### PARTIES TO THIS SUIT:

A. Plaintiff: VICTOR ALEXANDER FLORES C.I.D# 0795497 T.DCJ # 2024738 Tarrant County Correctional Center 100 N. Lamar St Fort Worth TX, 76196

B. <u>Defendant #1:</u> Mrs Melinda Lehmann,
Lawyer BAR # 24043957,
401 W. Belknap St
Fort Worth Tx 76102
misrepresentation, Defamation, pain and anguish, Loss of time and Money

<u>Defendant #2:</u> Scott Wich, Judge
Criminal District Court Room # 372nd
100 W. Weatherford St    Wrongful conviction, Wrongful inprisonment
Fort Worth Tx, 76196   Defamation, pain and anguish, Loss of time and money

V.

## STATEMENT OF CLAIM:

#1) In 2018 Plaintiff, VICTOR ALEXANDER FLORES Was misrepresented by Mrs. Melinda Lehmann BAR # 24043957

#2) Plaintiff, VICTOR ALEXANDER FLORES, Was wrongfuly Convicted by Judge Scott Wich

#3) Wrongfuly inprisonment.

#4) Sufferd from mental pain and anguish after plaintiffs Son was born in march of 2019 and givin up for adoption while plaintiff was incarcerated in T.D.C.J to this day plaintiff has no Knowledge of to what has become of his Son.

#5) Loss of time and money to plaintiffs Bussiness D.B.A "Clean Cut Remodeling" 611 Colonial St Fort Worth Tx, 76111

#6) Defamation of character to plaintiffs name and background.

## VI.

### RELIEF:

Plaintiff VICTOR ALEXANDER FLORES ask the Courts that he may be recompensed for, Misrepresentation, Wrongful Conviction, Double Jepordy, Wrongful inprisonment, pain and suffering, mental pain and suffering, Loss of time and money to his bussiness Clean Cut Remodeling, and Defamation of character to plaintiffs name and background.

## VII.

### GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been know by including any and all aliases

VICTOR ALEXANDER FLORES

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you. TDCJ # 2024738 CID # 0795497

## VIII.

### SANCTIONS:

A. Plaintiff has not been sanctioned by any court as a result of any lawsuit filed

B. No Court has warned or notified plaintiff of any Sanctions that may be imposed.

Executed on: 06/12/2022
Date

Victor A Flores   CID# 0795497
Victor A Flores
(signature of plaintiff)

# PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in dissmissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit

4. I understand I am prohibited from bringing an in forma pauperis lawsuit if I have brought three or more civil actions or appeals (from a Judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the grounds they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __12th__ day of __June__, __2022__.
         (Day)              (month)    (year)

_Victor A Flores_  CID # 0795499
(Signature of plaintiff)

VICTO* FLORES #0795497
100 N. LAMAR ST
FORT WORTH TX 76196



LEGA MAIL

United States District Court
501 West 10th Street Room 3[?]
Fort Worth TX 76102-3673

RECEIVED
JUN 2[?] 2[?]
CLERK U.S. [?]
NORTHERN DISTRIC[T]

X-RAY

#1

TARRANT COUNTY JAIL MAILROOM