IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| VICTOR ALEXNDER FLORES, Institutional ID No. 2416144 | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No. 4:22-cv-534-O |
| MELINDA LEHMANN, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Victor Alexander Flores's Amended Complaint is DISMISSED. *See* FED. R. CIV. P. 58.

**SO ORDERED** this **11th day** of **January, 2023.**

*/s/ Reed O'Connor*
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1